IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLINT S. MOSAY,

      Plaintiff,

v.

EDWARD F. WALL, MICHAEL BAENEN,
PETER ERICKSEN, MICHAEL J. MOHR,
MICHAEL D. SWIEKATOWSKI,
LIEUTENANT VAN LANEN,
SGT. TAERUD, CORRECTIONS OFFICER
FRISCH, COONEY, RAINIER,
HATTFIELD, DALE HOEGGER,
VERHAUGH, DODD,
DAVID WISNIENSKI and FRANKE,

      Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-841-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Clint S. Mosay leave to proceed and dismissing his claims against Edward F. Wall, Michael Baenen, Peter Erickson, Michael J. Mohr, Michael D. Swiekatowski, Lieutenant Van Lanen, Sgt. Taerud, Corrections Officer Frisch, Conney, Rainier, Hattfield Verhaugh Dodd and Franke; and

(2) granting summary judgment in favor of Dale Hoegger and David Wisnienski and dismissing this case.

/s/                                                                5/19/2016

Peter Oppeneer, Clerk of Court                             Date